1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  LeROY TATE, JR.,

11          Petitioner,                    No. 2:12-cv-3092 AC P

12      vs.

13  WILLIAM KNIPP,

14          Respondent.                    <u>ORDER</u>

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18  pauperis.  In his application, petitioner challenges a conviction issued by the Kern County

19  Superior Court.  Kings County is part of the Fresno Division of the United States District Court

20  for the Eastern District of California.  <u>See</u> Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24  court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25  /////

26  /////

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3     2.  This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5     3.  All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

7     United States District Court
Eastern District of California
8     2500 Tulare Street
Fresno, CA 93721

9

10 DATED: January 4, 2013.

11

12     ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

13

AC:009/md
14 tate3092.109

15

16

17

18

19

20

21

22

23

24

25

26

2